433 A.2d 532

Commonwealth v. Phillips, Appellant.

Submitted December 6, 1979. Gary S. Fronheiser, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence is affirmed.

BROSKY, J., filed a memorandum dissenting opinion.

433 A.2d 533

Commonwealth v. Reid, Appellant.

Submitted March 21, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.